# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ARICK JOHNSON, SR.**  **PLAINTIFF**
**ADC #251040**

**v.**  **Case No. 4:24-CV-01084-LPR**

**LEON JOHNSON, Judge, 1st**
**Division Circuit Court and**
**ROBERT EDWARDS, Judge,**
**Pulaski County Circuit Court**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 9th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE